IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDIAN NDUBIZU, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DREXEL UNIVERSITY, et al. | : | |
|     Defendants. | : | NO. 07-3068 |

**ORDER**

**AND NOW**, this        day of October, 2009, upon consideration of "Plaintiff's Motion to Amend the First Amended Complaint" filed by Plaintiff Gordian Ndubizu on August 1, 2009 (Doc. 60), the timely responses filed by Defendants (Doc. 61) on August 11, 2009, and Plaintiff's reply (Doc. 72), **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**, and that:

1. Plaintiff shall file its amended complaint within seven (7) calender days of this Order;

2. Defendant shall file its Answer or otherwise plead to the Amended Complaint within the time period provided by Federal Rule of Civil Procedure 15(a)(3).

Prior to the entry of this Order and at the request of the Parties for a further extension to complete discovery, the Court advised counsel at an unrecorded telephone conference taken on October 9, 2009, that it would agree to extend discovery to December 31, 2009. The Court sees no reason why the grant of this motion should require any further extension beyond that date. Accordingly, it is **FURTHER ORDERED** that the Scheduling Order entered August 28, 2009 (Doc. 68) is **AMENDED** as follows:

1. All fact discovery shall be completed by December 31, 2009.[1]

2. Plaintiff's expert reports are due January 14, 2010; Defendant's reports due February 28, 2010.

3. Depositions of all experts shall be completed by February 18, 2010.

4. Dispositive motions shall be due March 4, 2010.

5. Response to dispositive motions due March 25, 2010.

6. Reply Briefs for dispositive motions due April 1, 2010.

7. After all dispositive motions have been decided or the time for filing dispositive motions has elapsed, the parties will be given notice of the scheduling of all additional Pre-Trial matters.

The Court will be available to participate in any further discussion with counsel, if necessary, with respect to the implementation of this Order.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court adopts the deposition schedule set out by the Parties in Plaintiff's October 23, 2009 letter.