IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDIAN NDUBIZU, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07-3068 |
| | : | |
| DREXEL UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW,** this ___23rd_____ day of February, 2011, it is **ORDERED** that Defendants' Motion for Partial Summary Judgment (Docs. ## 104, 105) is **GRANTED** in part and **DENIED** in part as follows:

• Defendants' Motion is **GRANTED** as to Plaintiff's promissory estoppel and fraud claims to the extent these claims are based on Plaintiff's increased scholarly activities;

• Defendants' Motion is **DENIED** as to Plaintiff's promissory estoppel and fraud claims to the extent these claims are based on Plaintiff's forbearance of other employment opportunities.

s/Anita B. Brody

_____

Anita B. Brody,   J.

COPIES VIA ECF ON        TO:      COPIES MAILED ON      TO: