IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDIAN NDUBIZU, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 07-3068 |
| DREXEL UNIVERSITY, et al., | : |
| Defendants. | : |

ORDER

AND NOW, this 5th day of December 2011, upon careful consideration of Defendants' Motion to Compel Plaintiff to Reimburse Defendants for Expert Witness Fees and Costs Incurred for Depositions (ECF No. 164), after review of the Report and Recommendation ("R & R") of United States Magistrate Judge David R. Strawbridge (ECF No. 194), and given that no objections to the R & R have been filed, it is **ORDERED** that:

- The Report and Recommendation is **APPROVED** and **ADOPTED**.
- Defendants' motion is **GRANTED in part** and **DENIED in part**.
- Plaintiff shall reimburse Defendants $18,937 for the cost of expert discovery.

Anita B. Brody, J.

COPIES VIA ECF ON      TO:      COPIES MAILED ON      TO:

O:\ABB 2011\L-Z\Ndubizu v. Drexel Univ. re Order Adopting R&R on Defendants' expert fees motion.wpd