IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDIAN NDUBIZU, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DREXEL UNIVERSITY, et al., | : | NO. 07-3068 |
| Defendants. | : | |

## ORDER

AND NOW, this 29th day of February, 2012, upon independent review of Plaintiff Gordian Ndubizu's Motion to Compel Defendants Drexel University, George Tsetsekos and David Campbell to Reimburse Plaintiff for Expert Witness Fees and Costs Incurred for Depositions (Doc. No. 195), Defendants' Response (Doc. No. 198), Plaintiff's Reply (Doc. No. 199) and Defendants' Surreply (Doc. No. 202), and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion with respect to Drs. Hargadon and Jones is **DENIED**;

3. Plaintiff's Motion with respect to Dr. Rajan is **GRANTED in part**; and

4. Defendants shall reimburse Plaintiff the sum of $2,125 associated with the deposition of Dr. Rajan.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on _____    Copies via S Mailon _____